IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN J. HALL and JEANETTA A. HALL,
as Administrators and Personal Representatives
of the ESTATE OF KARLIE A. HALL, and in
their own right as Decedent's heirs-at-law : CIVIL ACTION
          Plaintiffs

                NO. 5:17-cv-0220

  v.

MILLERSVILLE UNIVERSITY,
SARA WIBERG, individually and as an
employee of Millersville University, ACACIA
NATIONAL FRATERNITY, ACACIA
FRATERNITY CHAPTER NUMBER 84,
COLIN HERBINE, individually and as an agent
of Acacia National Fraternity and Acacia
Fraternity Chapter No. 84, JACK MILITO,
individually and as an agent of Acacia National
Fraternity and Acacia Fraternity Chapter No. 84,
NICHOLAS HENCH, individually and as an
agent of Acacia National Fraternity and Acacia
Fraternity Chapter No. 84, SEAN EBERT,
individually and as an agent of Acacia National
Fraternity and Acacia Fraternity Chapter No. 84,
NIGALE QUILES, individually and as an agent
of Acacia National Fraternity and Acacia
Fraternity Chapter No. 84; and JOHN DOES #1-
5, individually and as agents of Acacia National
Fraternity and Acacia Fraternity Chapter No. 94
          Defendants

## **STIPULATION**

It is HEREBY stipulated by the undersigned that Nicholas Hench individually, is hereby DISMISSED without prejudice from this lawsuit. In the event that any evidence suggests that Nicholas Hench had direct involvement in the subject incident then Plaintiff shall be permitted to join Nicholas Hench as a Defendant without prejudice. Nicholas Hench will not be permitted to assert a statute of limitations defense.

_____
Gregory M. Mallon, Jr., Esquire
Attorney for ~~Sean Ebert~~ Nicholas Hench

_____
M. Stewart Ryan, Esquire
Attorney for Plaintiffs