IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. HALL and JEANETTE A. HALL, as Administrators and Personal Representatives of the ESTATE OF KARLIE A. HALL, and in their own right as Decedent's heirs-at-law, | : : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 17-220 |
| v. | : : : | |
| MILLERSVILLE UNIVERSITY, SARA WIBERG, Individually and as an Employee of Millersville University, ACACIA NATIONAL FRATERNITY, ACACIA FRATERNITY CHAPTER NUMBER 84, COLIN HERBINE, Individually and as an Agent of Acacia National Fraternity and Acacia Fraternity Chapter No. 84, JACK MILITO, Individually and as an Agent of Acacia National Fraternity and Acacia Fraternity Chapter No. 84, NICHOLAS HENCH, Individually and as an Agent of Acacia National Fraternity and Acacia Fraternity Chapter No. 84, SEAN EBERT, Individually and as an Agent of Acacia National Fraternity and Acacia Fraternity Chapter No. 84, NIGALE QUILES, Individually and as an Agent of Acacia National Fraternity and Acacia Fraternity Chapter No. 84; and JOHN DOES #1-5, Individually and as Agents of Acacia National Fraternity and Acacia Fraternity Chapter No. 84, | : : : : : : : : : : : : : : : : : : : : : : : : | |
| Defendants. | : : | |

## ORDER

**AND NOW**, this 5th day of September, 2019, after considering the motions for summary

judgment filed by the defendants, Millersville University (Doc. No. 147), Acacia Fraternity

Chapter 84 and Nigale Quiles (Doc. No. 149), and Acacia National Fraternity (Doc. No. 150); the

responses in opposition to the motions filed by the plaintiffs (Doc. Nos. 148, 152, 153); the

defendants' replies to the responses in opposition (Doc. Nos. 151, 157, 158); the record presented to the court by the parties; and the parties' arguments raised before the court during oral argument on November 29, 2018; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1.      The motions for summary judgment (Doc. Nos. 147, 149, 150) are **GRANTED**, and judgment is **ENTERED** in favor of Millersville University; Acacia Fraternity Chapter 84 and Nigale Quiles; and Acacia National Fraternity;[1] and

2.      The clerk of court is **DIRECTED** to mark this case as **CLOSED**.


BY THE COURT:


/s/ *Edward G. Smith*    _
EDWARD G. SMITH, J.

---

[1] As explained in the corresponding opinion, all remaining defendants were already dismissed from the case by stipulation or court order.