IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. HALL and JEANETTE A. HALL, as Administrators and Personal Representatives of the ESTATE OF KARLIE A. HALL, and in their own right as Decedent's heirs-at-law, | : <br> : <br> : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : CIVIL ACTION NO. 17-220 <br> : |
| v. | : <br> : |
| MILLERSVILLE UNIVERSITY, SARA WIBERG, Individually and as an Employee of Millersville University, ACACIA NATIONAL FRATERNITY, ACACIA FRATERNITY CHAPTER NUMBER 84, COLIN HERBINE, Individually and as an Agent of Acacia National Fraternity and Acacia Fraternity Chapter No. 84, JACK MILITO, Individually and as an Agent of Acacia National Fraternity and Acacia HENCH, Individually and as an Agent of Acacia National Fraternity and Acacia Fraternity Chapter No. 84, SEAN EBERT, Individually and as an Agent of Acacia National Fraternity and Acacia Fraternity Chapter No. 84, NIGALE QUILES, Individually and as an Agent of Acacia National Fraternity and Acacia Fraternity Chapter No. 84; and JOHN DOES #1-5, Individually and as Agents of Acacia National Fraternity and Acacia Fraternity Chapter No. 84, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs, John J. Hall and Jeanette A. Hall as administrators and personal representatives of the estate of Karlie A. Hall, an in their own right as Decedent's heirs-at-law, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order entered in this matter on the 5th day of September 2019 granting the motions for summary

judgement. A copy of the Order dated September 5, 2019 is attached hereto as Exhibit "A." This order has been entered in the docket as evidenced by the attached copy of the docket entry attached hereto as Exhibit "B."

**LAFFEY, BUCCI & KENT, LLP**

BY: _____

Attorney ID No. 94221
Brian D. Kent, Esquire
1435 Walnut Street, Suite 700
Philadelphia, PA 19103
(215) 399-9256
bkent@lbk-law.com

_____

Attorney ID No. 313516
M. Stewart Ryan, Esquire
1435 Walnut Street, Suite 700
Philadelphia, PA 19103
(215) 399-9251
sryan@lbk-law.com

## CERTIFICATE OF SERVICE

      I, Brian Dooley Kent, attorney for Plaintiffs, certify that a true and correct copy of the attached Notice of Appeal was served via the Court's electronic filing system upon all counsel of record, and by first class mail to all unrepresented parties.

                                                     **LAFFEY, BUCCI & KENT, LLP**

BY: _____

                                          Brian D. Kent, Esquire
                                          Attorney for Plaintiffs

Date:  October 4, 2019